UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIO PEARSON,   Case No. 19-10447
   Honorable Denise Page Hood
Plaintiff,   Magistrate Judge David R. Grand

v.

JACQUELYN DIANE GILLIAM., ET AL,

Defendant(s).
_____/

**NOTICE OF SETTLEMENT CONFERENCE**

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Wednesday, April 8, 2020, at 9:30a.m.** before U.S. Magistrate Judge David R. Grand, at the United States Federal Courthouse, 200 East Liberty Street, Chambers 100, Ann Arbor, MI 48104. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE IN PERSON.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Monday, April 6, 2020, at 4:30 p.m.** Each party's confidential statement should be hand-delivered or faxed directly to Chambers at 734-741-2483, and *is not to be filed with the Court or placed on the docket.*

Dated: July 25, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 25, 2019, by electronic and/or ordinary mail.

 s/Eddrey O. Butts
Case Manager, (734) 741-2484