# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**GEORGIO PEARSON,**

    Plaintiff,

                                         Case No. 19-10447

v.

                                         Honorable Denise Page Hood

**UNITED STATES OF AMERICA,**

                                         Mag. Judge: David R. Grand

    Defendant.

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

The parties having entered into a settlement agreement, and pursuant to the agreement of the parties,

IT IS HEREBY ORDERED that this case is dismissed with prejudice and with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated:  October 15, 2020                 s/Denise Page Hood
                                                  **DENISE PAGE HOOD**
                                                  Chief Judge

SO STIPULATED AND AGREED TO BY:

| | |
|---|---|
| **ROMANO LAW, PLLC** | **MATTHEW SCHNEIDER**<br>United States Attorney |
| By: */s/ Daniel G. Romano*<br>**DANIEL G. ROMANO (P49117)**<br>**RICHARD MOORE (P76339)**<br>Attorneys for Plaintiff<br>23880 Woodward Ave.<br>Pleasant Ridge, MI  48069<br>Phone: (248) 750-0270<br>dromano@romanolawpllc.com<br>rmoore@romanolawpllc.com | By: */s/ James J. Carty*<br>**JAMES J. CARTY (P74978)**<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>Office:  (313) 226-9705<br>Facsimile:  (313) 226-3271<br>Email:  james.carty@usdoj.gov<br>*Attorneys for Defendant* |
| Dated:  October 12, 2020 | Dated:  October 12, 2020 |